**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-23340-UU

MOISES MARIA GOMEZ,

    Plaintiff,

v.

FM 12 LIQUORS, INC., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court following a settlement conference before Chief U.S. Magistrate Judge John J. O'Sullivan concerning settlement of Plaintiff's claims against Defendants. Magistrate Judge O'Sullivan subsequently issued an Order Approving Settlement Agreement and Recommending That the Case Be Administratively Closed (D.E. 26) ("Recommendation"). The Court has reviewed the Recommendation and pertinent parts of the record and is otherwise fully advised in the premises.

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's Recommendation and concurs in all findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Recommendation, D.E. 26, is RATIFIED, ADOPTED, and AFFIRMED. The case is DISMISSED WITH PREJUDICE and the Court will retain jurisdiction until May 26, 2021 to enforce the terms of the settlement. It is further

ORDERED AND ADJUDGED that this case be administratively CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 29th day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Chief U.S. Magistrate Judge John J. O'Sullivan
Counsel of Record via CM/ECF